**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                   CHAPTER 13

DAVID CHARTRAND and
CAROL CHARTRAND,                 CASE NUMBER 8:12-bk-18887-MGW

_____/

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS**
**(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)**

       THIS MATTER came on for a hearing on February 25, 2013 upon the Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Debtors' Failure to Attend Section 341 Meeting of Creditors, Failure to File Tax Returns, Failure to Receive Credit Counseling Pursuant to 11 U.S.C. §109(h)(1) and Provide All Required Documentation as Required by Order Establishing Duties.  It appears the Debtor failed to attend the Section 341 Meeting of Creditors and/or provide all documentation and the Court having heard argument of counsel and being otherwise duly advised in the circumstances, it is

       ORDERED, ADJUDGED AND DECREED as follows:

       1.      The Trustee's Motion to Dismiss Chapter 13 Case for Debtors' Failure to Attend Section 341 Meeting of Creditors, Failure to File Tax Returns, Failure to Receive Credit Counseling Pursuant to 11 U.S.C. §109(h)(1) and Provide All Required Documentation as Required by Order Establishing Duties is hereby GRANTED.

       2.      This case is DISMISSED without prejudice.

       3.      The Trustee shall deduct from all monies disbursed, as herein provided, his normal percentage thereof as necessary costs and expenses from sums collected pursuant to §1326(a)(2)[1], together with any fee, charge, or amount required under 28 U.S.C. §586(e)(2).

       4.      The Trustee shall disburse all Trust Fund monies held as adequate protection and for administrative expenses, as provided for in this Court's Order Establishing Duties of Trustee and Debtor etc., to those secured creditors provided for in the Debtor's Chapter 13 Plan ("Plan") and to administrative expense holders.

---

[1] All statutory references are to be Bankruptcy Code Title 11 of the United States Code, unless otherwise noted.

        a.      The Trustee shall disburse the Trust Fund monies to the secured creditors either in the total amount due for adequate protection or, if Trust Fund monies prove insufficient, pro rata. These monies shall be paid pursuant to the creditor's proof of claim or, if no claim was filed, pursuant to the terms of the Chapter 13 Plan.

        b.      Any attorney fees due Debtor's counsel shall be paid pursuant to the Order Establishing Presumptively Reasonable Debtor's Attorney Fee In Chapter 13 Cases entered on August 31, 2007 in Miscellaneous Proceeding No. 07-mp-00002-MGW.

5.      The Trustee shall return to the Debtor any monies not previously disbursed, and shall thereafter file his final report and upon which filing he will be discharged of his duties as Trustee.

6.      All pending hearings are cancelled.

DONE AND ORDERED at Tampa, Florida on February 27, 2013.

MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

Copies to be provided by CM/ECF services.
TES*MBM/cla                                                                C13T 02/27/13